UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT SAMUEL (BERT) GREENWELL

            *Plaintiff,*            Case No: 2:25-cv-02501

v.

                                   HON. GREG GERARD GUIDRY

BETSY BARNES,

            *Defendant*

## ORDER

Considering the foregoing Joint Stipulation for Dismissal with Prejudice;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted by Plaintiff, Robert Samuel (Bert) Greenwell, against Defendant, Betsy Barnes, in the above-captioned matter are hereby dismissed WITH PREJUDICE, each party to bear its own costs.

IT IS FURTHER ORDERED that this dismissal with prejudice constitutes a final judgment that fully and finally disposes of all claims and parties in this proceeding, and Plaintiff is barred from re-filing any claim herein asserted arising out of the same transaction or occurrence.

New Orleans, Louisiana, this 26th day of January, 2026.

                                                      UNITED STATES DISTRICT JUDGE